IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLENNON BERNARD EVERETT,

    Plaintiff,

v.                                                 CASE NO. 5:10-cv-00042-RS-AK

C HOLLIS, and C JOHNSON,

    Defendants.

_____/

## O R D E R

Plaintiff, an inmate proceeding *pro se*, has filed a civil rights complaint, (Doc. 1), and a motion to proceed *in forma pauperis* (IFP) (Doc. 2).

**IT IS ORDERED**:

1. Leave to proceed *in forma pauperis* is **GRANTED** to the extent that the case may proceed without the prepayment of the entire filing fee.

2. The clerk of court shall assess Plaintiff **$3.33** based on his monthly deposits for the preceding six months and as provided in 28 U.S.C. § 1915(b)(1)(A).

3. Plaintiff shall pay not later than **MAY 22, 2010,** the partial filing fee as assessed by the clerk of court. A check from a penal institution, a cashier's check, or a money order shall be made payable to "Clerk, U.S. District Court" and sent to: United States District Court, Northern District of Florida, Office of the Clerk, 111 North Adams Street, Suite 322, Tallahassee, Florida 32301-7717. Personal checks will not be accepted. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto:

    (1) the full name of the prisoner;

    (2) the prisoner's inmate number;

    (3) Northern District of Florida Case Number **5:10CV42/RS/AK**.

Checks or money orders which do not have this information will be returned to the penal institution or to Plaintiff.

    4.  After payment of the initial partial filing fee, Plaintiff shall be required to make monthly payments of 20 percent of the preceding month's income (that is, all funds deposited in the account) credited to the Plaintiff's account. The agency having custody of the Plaintiff shall forward payments from the Plaintiff's account on a monthly basis to the clerk of court each time the amount in the account exceeds $10.00. These payments shall continue until the filing fee of $350.00 is paid in full. The prisoner information described in Paragraph 3 shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto.

    5.  The clerk of court shall MAIL a copy of this order, with the appropriate cover letter, to: **Department of Corrections, Office of the General Counsel, 2601 Blair Stone Road, Tallahassee, FL. 32399-2500.**

    6.  No further action will be taken with regard to Plaintiff's claims until the initial partial filing fee is received by the Court.

    7.  **Failure to submit the partial filing fee as instructed may result in dismissal of this action and Plaintiff's inability to proceed *in forma pauperis* in future actions.**

    8.  The clerk shall refer this action to me upon receipt of the initial partial filing fee or not later than **MAY 22, 2010.**

**ORDERED** on April 27, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**