IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLENNON B. EVERETT,

    Plaintiff,

v.                                            CASE NO. 5:10-cv-42-RS-GRJ

C. HOLLIS, Correctional Officer,

    Defendant.

_____ /

## **REPORT AND RECOMMENDATION**

      This case is before the Court on Doc. 35, Defendant's motion for summary judgment. A summary judgment notice was issued to Plantiff advising him that a response to the motion was due on or before December 8, 2011, and that failure to respond to the motion would indicate that the motion is unopposed. Doc. 37. The Notice was mailed to Plaintiff at his last address of record at Everglades CI, but the Notice was returned to the Court as undeliverable. Doc. 39.

      A review of the Department of Corrections Inmate Locator reflects that Plaintiff was released on January 27, 2012. Plaintiff has failed to file a change of address with the Court. On July 13, 2012, the Court ordered Plaintiff to show cause on or before July 23, 2012, as to why this case should not be dismissed for failure to prosecute. That Order was returned as undeliverable. It was remailed by the Clerk to Plaintiff's address as reflected in the DOC inmate locator. As of the date of this Order, Plaintiff has failed to respond.

      In view of Plaintiff's failure to oppose the summary judgment motion and failure to prosecute this case by keeping the Court apprised of his current address, it is

respectfully **RECOMMENDED** that Defendants' unopposed motion for summary judgment, Doc. 35, be **GRANTED** and that judgment be entered in Defendants' favor.

**IN CHAMBERS** this 31st day of July 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.