IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLENNON B. EVERETT,

    Plaintiff,

vs.	CASE NO. 5:10cv42/RS-GRJ

C. HOLLIS, Correctional Officer,

    Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 42). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion For Summary Judgment (Doc. 35) is **granted**.

3. The clerk is directed to enter judgment in favor of Defendant and close the file.

**ORDERED** on August 20, 2012.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**